UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DARIUS BROWN**                                                    **CIVIL ACTION**

**VERSUS**                                                          **NO. 18-2490**

**TRANSDEV SERVICES, INC.**                                         **SECTION "B"(4)**

### JUDGMENT

Entry of a final judgment is proper because the Court granted summary judgment in favor of defendant Transdev Services, Inc. with written reasons. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that final judgment is hereby entered in favor of defendant and against plaintiff, **DISMISSING** all claims in the captioned action.

New Orleans, Louisiana, this 13th day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE